UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Trisura Specialty Insurance,

          Plaintiff,      Case No. 21-12427

v.

                                Judith E. Levy
                                United States District Judge

Gavita North America, et al.,

                                Mag. Judge Curtis Ivy, Jr.

          Defendants.

_____/

## OPINION STRIKING PLAINTIFF'S RESPONSE [27] AND ORDERING PLAINTIFF TO COMPLY WITH LOCAL RULE 83.20

Plaintiff Trisura Specialty Insurance filed this case on October 14, 2021. (ECF No. 1.) On January 6, 2023, Defendant Plusrite Electric Co., Ltd. filed a motion to dismiss for lack of personal jurisdiction. (ECF No. 25.) Plaintiff filed its response on January 20, 2023. (ECF No. 27.) Plaintiff's response fails to comply with Eastern District of Michigan Local Rules 5.1(a)(3), 5.1(d)(1), 7.1(d)(2) and Rule 19(b) of the Eastern District of Michigan's ECF Policies and Procedures.

Accordingly, the Court STRIKES Plaintiff's response to Defendant Plusrite's motion to dismiss. (ECF No. 27.) The Court ORDERS Plaintiff

to refile a response brief that complies with all relevant Local Rules and the Court's Practice Guidelines by **February 3, 2023**. The deadline for Defendant Plusrite to file a reply is extended to **February 10, 2023**.

The Court also ORDERS Plaintiff to comply with Local Rule 83.20(f)(1) by **February 21, 2023**.

IT IS SO ORDERED.

Dated: January 31, 2023　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 31, 2023.

　　　　　　　　　　　　　　s/William Barkholz
　　　　　　　　　　　　　　WILLIAM BARKHOLZ
　　　　　　　　　　　　　　Case Manager