## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN

D. SAVAGE, LLC, and TRISURA )
SPECIALTY INSURANCE COMPANY )
a/s/o/ D. SAVAGE, LLC, )
)
          Plaintiffs, )
)
        v. )    Case No. 5:21-cv-12427
)
GAVITA NORTH AMERICA, FANLIGHT )
CORPORATION, INC., HYDROFARM )
HOLDINGS GROUP, INC., and MILE )    District Judge: Judith E. Levy
HIGH HORTICULTURAL SUPPLY, LLC )
d/b/a MILEHYDRO, )    Magistrate Judge: Curtis Ivy, Jr.
)
        Defendants. )

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the Parties that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-referenced case is DISMISSED with prejudice and without an award of costs or fees to any party.

**DATED**: March 14, 2025               Respectfully submitted,

                                     /s/ *Matthew S. McLean*

                                     Matthew S. Mclean
                                     *Attorney for Plaintiffs*
                                     Thompson Brody & Kaplan, LLP
                                     161 North Clark Street, Suite 3575
                                     Chicago, Illinois 60601
                                     Phone No. (312) 782-9320
                                     Fax No. (312) 782-3787
                                     E-Mail: McLean@tbkllp.com

DATED:     3/14/25          FOSTER SWIFT COLLINS & SMITH PC

                            By: /s/ *Bryan Cermak*
                            Counsel for Hydrofarm

DATED:     3/14/25          GREIG, KENNEDY, SEIFERT & FITZGIBBONS

                            By: /s/ *Walter Fitzgibbons*
                            Counsel for Fanlight

DATED:     3/14/25          WILSON ELSER MOSKOWITZ EDELMAN & DICKER

                            By: /s/ *John Stiglich*
                            Counsel for Gavita

DATED:     3/14/25          MAGDICH LAW

                            By: /s/ *Jeffrey Murray*
                            Counsel for Milehydro